UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT LANE BROWN and<br>LAURIE ANN BROWN,<br><br>        Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE<br>COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 18-CV-060-GKF-FHM<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

On April 1, 2019, defendant CSAA Fire & Casualty Insurance Company made an amended offer of judgment to plaintiffs Scott Lane Brown and Laurie Ann Brown pursuant to Fed. R. Civ. P. 68(a). Doc. 78-1. Defendant offered to pay plaintiffs $11,501.00, inclusive of any and all interest accrued to date, and inclusive of attorney fees and costs incurred to date to resolve all of plaintiffs' claims against defendant. Plaintiffs have accepted defendant's amended offer of judgment and the Court finds that judgment should be entered in favor of plaintiffs and against defendant under the terms specified in the amended offer of judgment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of plaintiffs, Scott Lane Brown and Laurie Ann Brown, and against defendant, CSAA Fire & Casualty Insurance Company, in the amount of $11,501.00, inclusive of any and all interest accrued to date, and inclusive of attorney fees and costs incurred to date.

**DATED** this 1st day of May, 2019.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma